UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 6:15-cr-003-Orl-22TBS

JUAN ANTONIO JOHNSON,
a/k/a VAUGHN JOHNSON,
_____

ORDER

Today, the Court held a hearing at which it heard from counsel and the Defendant.  Now, for the reasons stated on the record, it is adjudged that:

(1) The Notice of Conflict of Interest, Motion to Withdraw and Defendant's Request to Discharge the Federal Public Defender's Office and for Appointment of Counsel (Doc. 24) is GRANTED.  Attorney Larry B. Henderson and the Federal Public Defender for the Middle District of Florida are relieved of further responsibility to represent Defendant in this case.  The Clerk shall terminate Mr. Henderson and the Federal Public Defender and remove them from the CM/ECF service list.

Attorney Fritz Scheller is appointed as CJA counsel for Defendant.

(2) The Order Motion to Show Cause Memorandum Opposition, Writ of Error Coram Nobis for the Nunc Pro Tunc Biographical Information and Re-Examination of Alien File Evidence (Doc. 27) is STRICKEN because it was filed in violation of M.D. Fla. Rule 2.03(d).

(3) The Order Motion for Leave In Lime Summary Judgment and Relitigant Collateral Estoppel Writ of Mandamus to Proceed In Forma Pauperis (Doc. 28) is STRICKEN because it was also filed in violation of M.D. Fla. Rule 2.03(d).

ORDERED in Orlando, Florida on this 29th day of January, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Defendant