UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                       CASE NO: 6:15-cr-3-Orl-22TBS

FNU LNU

    Defendant.

## ORDER

This case is before the Court on the Government's Motion to Strike (Doc. 55). After reviewing the motion and the docket, the Court finds that it has sufficient information to rule without awaiting a response from Defendant FNU LNU a/k/a Vaughn Johnson a/k/a Juan Antonio Johnson. Defendant filed his Supplement Nunc Pro Tunc Regarding Place of Birth and Mother Names Contradictory Statements (Doc. 54) on June 19, 2015. The Supplement was not signed or adopted by Defendant's lawyer. Accordingly, pursuant to M.D.Fla. Rule 2.03(d), the Supplement is **STRICKEN**. If Defendant's lawyer believes the information contained in the Supplement should be placed before the Court he may do so in an appropriate paper.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    United States Attorney
    Counsel for Defendant
    Defendant